```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD PC**
```
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION
R.A. LEBRON, ESQ.
978HUW
bankruptcy@fskslaw.com
```

**Order Filed on February 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

```
In Re:

PETER J. ORLANDO, SR.



Debtor(s).
```

Case No.: 20-23476 CMG

Adv. No.:

Hearing Date: February 3, 2021

Judge: Honorable Christine M. Gravelle

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: February 16, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): PETER J. ORLANDO, SR.
Case No: 20-23476 CMG
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., Attorneys for the Secured Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as to certain real property known as <u>104 BROADWAY, FREEHOLD, NJ 07728</u> as set forth in the papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. A loan modification, including obtaining Court approval, shall be completed by <u>5/11/2021</u>. Any available funds shall be paid by the trustee towards secured creditor's claim pending Debtor's application for a loan modification.

2. The Debtor shall maintain regular payments (and/or adequate protection payments, if applicable).

3. Adequate protection payment amounts shall be applicable only in the event the Debtor elects to participate in the Loss Mitigation Program.

4. In the event the Debtor elects to participate in the Loss Mitigation Program, the terms of this Order will not serve to replace the requirements of the Court's Program, i.e., adequate protection payment amounts, etc.

5. In the event a modification is not completed by the deadline or is denied, the Debtor must file a modified plan to

**(Page 3)**
Debtor(s): PETER J. ORLANDO, SR.
Case No: 20-23476 CMG
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**
_____

fully treat the arrearage claim or surrender the subject property. The deadline may be extended by mutual consent or by order of the Court.

    6.    Failure to file a modified plan shall be considered a default under the terms of this order and secured creditor may file a certification of default to obtain relief from the automatic stay.

    7.    Participation in the Loss Mitigation Program will not serve to waive any post-petition payments not made while tendering adequate protection payments outside of the plan.

    8.    This Order shall be incorporated in and become a part of any order confirming plan in the herein matter.

    9.    The Movant shall serve this Order on the Debtor, any Trustee and other party who entered an appearance on the Objection.