| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>R.A. LEBRON, ESQ.<br>978HUW<br>bankruptcy@fskslaw.com | **Order Filed on February 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>PETER J. ORLANDO, SR.<br><br><br>Debtor(s). | Case No.: 20-23476 CMG<br><br>Adv. No.:<br><br>Hearing Date: February 3, 2021<br><br>Judge: Honorable Christine M. Gravelle |

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: February 16, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): PETER J. ORLANDO, SR.
Case No: 20-23476 CMG
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., Attorneys for the Secured Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as to certain real property known as <u>104 BROADWAY, FREEHOLD, NJ 07728</u> as set forth in the papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. A loan modification, including obtaining Court approval, shall be completed by <u>5/11/2021</u>. Any available funds shall be paid by the trustee towards secured creditor's claim pending Debtor's application for a loan modification.

2. The Debtor shall maintain regular payments (and/or adequate protection payments, if applicable).

3. Adequate protection payment amounts shall be applicable only in the event the Debtor elects to participate in the Loss Mitigation Program.

4. In the event the Debtor elects to participate in the Loss Mitigation Program, the terms of this Order will not serve to replace the requirements of the Court's Program, i.e., adequate protection payment amounts, etc.

5. In the event a modification is not completed by the deadline or is denied, the Debtor must file a modified plan to

**(Page 3)**
Debtor(s): PETER J. ORLANDO, SR.
Case No: 20-23476 CMG
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

_____

fully treat the arrearage claim or surrender the subject property. The deadline may be extended by mutual consent or by order of the Court.

    6.   Failure to file a modified plan shall be considered a default under the terms of this order and secured creditor may file a certification of default to obtain relief from the automatic stay.

    7.   Participation in the Loss Mitigation Program will not serve to waive any post-petition payments not made while tendering adequate protection payments outside of the plan.

    8.   This Order shall be incorporated in and become a part of any order confirming plan in the herein matter.

    9.   The Movant shall serve this Order on the Debtor, any Trustee and other party who entered an appearance on the Objection.

United States Bankruptcy Court
District of New Jersey

In re:  
Peter J. Orlando, Sr.  
    Debtor

Case No. 20-23476-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 16, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

**Recip ID**      **Recipient Name and Address**  
db              + Peter J. Orlando, Sr., 104 Broadway, Freehold, NJ 07728-1461

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021                              Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:**

**Name**             **Email Address**

Albert Russo  
                    docs@russotrustee.com

Andrew Thomas Archer  
                    on behalf of Debtor Peter J. Orlando  Sr. aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Denise E. Carlon  
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jill Manzo  
                    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Maria Cozzini  
                    on behalf of Creditor Investors Bank mcozzini@sternlav.com

Phillip Andrew Raymond

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Feb 16, 2021     Form ID: pdf903     Total Noticed: 1

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

R. A. Lebron

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8