Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  20−23476−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter J. Orlando Sr.
   104 Broadway
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−2390

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 9, 2021.


Dated: March 9, 2021
JAN: rms

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Peter J. Orlando, Sr.  
    Debtor

Case No. 20-23476-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Mar 09, 2021      Form ID: plncf13      Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter J. Orlando, Sr., 104 Broadway, Freehold, NJ 07728-1461 |
| 519044901 | + | Cenlar, Attn: Bankruptcy, 425 Philips Blvd, Ewing, NJ 08618-1430 |
| 519079718 | + | Cenlar FSB as servicing agent for Investors Bank, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 519044903 | + | Dorilda Orlando, 104 Broadway, Freehold, NJ 07728-1461 |
| 519044906 | + | Fein, Such, Kahn, & Shepard, PC, 7 Century Drive, #201, Parsippany, NJ 07054-4673 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 09 2021 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2021 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 09 2021 21:03:33 | Chase Bank, P.O. Box 24696, Columbus, OH 43224-0696 |
| lm | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 09 2021 21:06:00 | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519084926 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 09 2021 21:01:08 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519044902 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 09 2021 21:03:33 | Chase Mortgage, Mail Code: OH4-7302, Po Box 24696, Columbus, OH 43224 |
| 519117199 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 09 2021 21:06:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519044907 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 09 2021 21:06:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519045793 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2021 21:02:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519044904 | *+ | Dorilda Orlando, 104 Broadway, Freehold, NJ 07728-1461 |
| 519044905 | *+ | Dorilda Orlando, 104 Broadway, Freehold, NJ 07728-1461 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2021        Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Peter J. Orlando  Sr. aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Maria Cozzini | on behalf of Creditor Investors Bank mcozzini@sternlav.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8