UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107
856-963-5000
856-858-4371
Attorney for Debtor(s)

In Re:

Peter Orlando

**Order Filed on January 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case Number:     20-23476

Hearing Date:    1/15/22

Judge:           CMG

Chapter:         13

Recommended Local Form:     Followed     Modified

# ORDER ON MOTION TO CONTINUE ADMINSTRATION OF CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 5, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:            Peter Orlando
Case No:           20-23476
Caption of Order:  Order Granting Motion to Continue Administration of Chapter 13 Case

    This matter comes before the Court upon Notice by Peter Orlando, Jr, the representative of the debtor, that the above referenced debtor, Peter Orlando, passed away on 9/25/2021, and Motion requesting an Order of this Court allowing the continued administration of the bankruptcy case pursuant to F.R.B.P. 1016.

    The petition under Chapter 13 was filed on 12/11/2020. The Chapter 13 plan was confirmed on 3/3/2021. The movant asserts that there is an adequate source of funding to allow a continuation of the payments pursuant to the confirmed plan.

**IT IS HEREBY ORDERED** as follows:

    1. The continued administration of the bankruptcy case is permitted and the case will continue, pursuant to F.R.B.P. 1016.