UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on March 1, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Peter J. Orlando, Sr.

| | |
|---|---|
| Case No.: | 20-23476-CMG |
| Chapter: | 13 |
| Judge: | Christine M. Gravelle |

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**
**(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order
Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: March 1, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of  The Debtor                                        for a reduction of

time for a hearing on  Motion to Sell                                                                        

under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  March 16, 2022                         at  09:00 am   in

the United States Bankruptcy Court,  402 East State Street Trenton NJ 08608                         ,

Courtroom No.  3        .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

 Trustee and Secured Creditors                                                                              

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

 Unsecured Creditors                                                                                          

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within  1        day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to   Secured Creditors                                           

☐ on the same day as the date of this Order, or

☒ within  1          day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.1/12/22*

3

United States Bankruptcy Court

District of New Jersey

In re:                                                                   Case No. 20-23476-CMG

Peter J. Orlando, Sr.                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 01, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | +  Peter J. Orlando, Sr., 104 Broadway, Freehold, NJ 07728-1461 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2022        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Peter J. Orlando  Sr. aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Interested Party Peter Orlando  Jr. aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

Jill Manzo
                    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Maria Cozzini
                    on behalf of Creditor Investors Bank mcozzini@sternlav.com

Phillip Andrew Raymond
                    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com,
                    mccallaecf@ecf.courtdrive.com

R. A. Lebron
                    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10