Andrew T. Archer, Esquire
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on May 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

:   Bankruptcy Division
:   United States Bankruptcy Court
:   District of New Jersey
:
In Re:                                          :
:   Bankruptcy No. 20-23476 CMG
:
:   Chapter 13
:
Peter J. Orlando, Sr.                           :           :
:
      Debtor                                    :   Hearing Date: May 4, 2022
:
:

ORDER FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE & CERTIFICATION IN
SUPPORT OF DISCHARGE

   The relief set forth on the following pages, numbered two (2) through __2__ is hereby
**ORDERED**.

**DATED: May 5, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor(s):              Peter J. Orlando, Sr.
Case No.                20-23476 CMG
Caption of Order:       Order for Exemption from Financial Management Course & Certification in
                        Support of Discharge


This matter having come before the Court by Andrew T. Archer, Esquire, Attorney for the

Debtor on Motion for Exemption from Financial Management Course, and the Court after hearing

arguments of counsel; and for good cause having been shown,


IT IS HEREBY **ORDERED** that the Debtor, Peter J. Orlando, Sr. is exempt from participating

in a Financial Management Course and filing the Certification of Completion of Instructional Course

Concerning Financial Management and Certification in Support of Discharge.